On petition for review filed July 12,* petition for review allowed; decision of Court of Appeals vacated and case remanded to Court of Appeals for further consideration October 4, 2001

In the Matter of the Compensation of
Cindy Mount, Claimant.

Cindy M. MOUNT,
*Petitioner on Review,*

*v.*

DEPARTMENT OF CONSUMER
AND BUSINESS SERVICES
and SAIF Corporation,
*Respondents on Review.*

(WCB 97-08823, CA A103636; SC S48664)

33 P3d 319

Christopher D. Moore, Eugene, filed the petition for petitioner on review.

No appearance *contra.*

Before Carson, Chief Justice, and Gillette, Durham, Leeson, Riggs, and De Muniz, Justices.**

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for further consideration in light of *Koskela v. Willamette Industries, Inc.*, 331 Or 362, 15 P3d 548 (2000).

---

* Judicial Review from the Workers' Compensation Board. 161 Or App 664, 986 P2d 28 (1999).

** Balmer, J., did not participate in the consideration or decision of this case.